JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DARRYL WILSON,<br>Petitioner,<br>v.<br>UNSPECIFIED, Warden,<br>Respondent. | ) | No. CV 16-5993-PA (PLA)<br>**JUDGMENT** |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice as successive, for failure to name a proper respondent and to verify the Petition, and for failure to prosecute and follow court orders.

DATED: January 26, 2017

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE